# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00148-CV

**Village of Bee Cave, Texas; Caroline Murphy in her official capacity as Mayor of the Village of Bee Cave, Texas; James Fisher in his official capacity as Village Administrator of the Village of Bee Cave, Texas; HCS Holding Company, L.P., a Texas limited partnership; and Milam Galleria Holdings, L.L.C., a Texas limited  liability company, Appellants**

**v.**

**Save Our Springs Alliance, Inc., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT NO. GN400441, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties to this appeal have filed a joint motion to dismiss this appeal and render a judgment pursuant to their settlement agreement.  We grant the motion.  In accordance with the parties' joint motion, we vacate the district court's judgment and dismiss with prejudice all claims brought in this suit by all parties.  *See* Tex. R. App. P. 42.1(a)(2)(A).

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Joint Motion

Filed:   January 13, 2006